# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | DOCKET NO. 3:24 CR 129 |
| ELEUTERIO TEJADA BENITEZ, | |
| Defendant. | |

## NOTICE OF APPEAL

Eleuterio Tejada Benitez, by and through undersigned counsel, hereby gives notice pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, of his intent to appeal his conviction and sentence entered by the Honorable Kenneth D. Bell on October 2, 2025, to the United States Court of Appeals for the Fourth Circuit.

Respectfully submitted:


s/ John Parke Davis
John Parke Davis
N.C. Bar No. 34427
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722 Fax
jp_davis@fd.org

*Attorney for Eleuterio Tejada Benitez*

DATE:  October 17, 2025

**CERTIFICATE OF SERVICE**

       I hereby certify that on this date, I served a copy of the attached **NOTICE OF APPEAL** via electronic filing upon:

                                 **Robert Gleason**
                                 Assistant United States Attorney
                                 U.S. Attorney's Office
                                 227 West Trade Street, Suite 1650
                                 Charlotte, NC 28202
                                 704/ 344-6222
                                 Fax: 704/ 344-6629
                                 Email: Robert.gleason@usdoj.gov

                        <u>s/ John Parke Davis</u>
                        John Parke Davis
                        N.C. Bar No. 34427
                        Federal Public Defender
                        Western District of North Carolina
                        129 West Trade Street, Suite 300
                        Charlotte, NC 28202
                        (704) 374-0720
                        (704) 374-0722 Fax
                        Jp_davis@fd.org
                        *Attorney for Kendrick Brinkley*

DATE:  October 17, 2025